JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIOS KAFATOS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SYNCHRONY BANK, DOES 1 through 10, inclusive,<br><br>　　　　Defendant. | Case No. 8:17-cv-02241-DOC-PLA<br><br>[Hon. Judge David O. Carter]<br>[Hon. Magistrate Judge Paul L. Abrams]<br><br>**ORDER GRANTING JOINT STIPULATION TO ARBITRATE CLAIMS AND STAY LAWSUIT [14]** |

　　Upon review, it is hereby ORDERED:

　　The Parties' Joint Motion To Arbitrate Claims And Stay Lawsuit is GRANTED.  To the extent they are not otherwise resolved by the Parties, the Plaintiff shall submit his claims for arbitration pursuant to the Parties' arbitration agreement.  This case is STAYED pending completion of the arbitration.

DATED: ___July 3, 2018___　　　　　　　　　_/s/ David O. Carter_____
　　　　　　　　　　　　　　　　　　　　　　Hon. David O. Carter
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

– 1 –
ORDER GRANTING JOINT STIPULATION TO ARBITRATE CLAIMS
AND STAY LAWSUIT